UNITED STATES of America, Plaintiff–Appellee,

v.

Anif Christopher WILLIAMS, Defendant–Appellant.

No. 15–6407.

United States Court of Appeals, Fourth Circuit.

Submitted: May 19, 2015.

Decided: May 22, 2015.

Anif Christopher Williams, Appellant Pro Se. Jennie L.M. Waering, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before NIEMEYER and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anif Christopher Williams appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Williams,* No. 3:93–cr–00010–JPJ–2 (W.D.Va. Feb. 25, 2015). We dispense with oral argu-

ment because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*